IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD GOODMAN, DDS,

      Appellant,

v.

STATE OF FLORIDA,
AGENCY FOR HEALTH CARE
ADMINISTRATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3447

Opinion filed August 16, 2017.

An appeal from the Agency for Health Care Administration.
Elizabeth Dudek, Secretary.

Bernard M. Cassidy of Lubell & Rosen, Fort Lauderdale, for Appellant.

Andrew T. Sheeran, Assistant General Counsel, Agency for Health Care
Administration, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.